■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO MARTINEZ, Also Known as JUAN RODRIGUEZ, Appellant. [701 NYS2d 630] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered May 6, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the court's *Sandoval* ruling do not require reversal (*see, People v Rodriguez,* 268 AD2d 446 [decided herewith]).

The defendant's remaining contentions are without merit. Bracken, J. P., Thompson, S. Miller and Friedmann, JJ., concur.